UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: BROCKMANN, BART JON § Case No. 09-71706
  BROCKMANN, MARCIE § 
 §
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

 STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

 1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

 2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $217,573.00 | Assets Exempt: $91,583.00 |
| Total Distribution to Claimants: $13,702.26 | Claims Discharged Without Payment: $108,636.67 |
| Total Expenses of Administration: $7,300.10 | |

 3) Total gross receipts of $ 21,002.36 (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $21,002.36
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $140,151.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,300.10 | 7,300.10 | 7,300.10 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 98,705.00 | 103,012.93 | 103,012.93 | 13,702.26 |
| **TOTAL DISBURSEMENTS** | $238,856.00 | $110,313.03 | $110,313.03 | $21,002.36 |

4) This case was originally filed under Chapter 7 on April 28, 2009.
. The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/04/2010          By: /s/STEPHEN G. BALSLEY
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| 1968 Chevrolet Camaro | 1129-000 | 10,000.00 |
| 2005 Harley Davidson Softail Standard | 1129-000 | 11,000.00 |
| Interest Income | 1270-000 | 2.36 |
| **TOTAL GROSS RECEIPTS** | | **$21,002.36** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| 1 Countrywide HOME Loans | 4110-000 | 55,094.00 | N/A | N/A | 0.00 |
| 2 Countrywide HOME Loans | 4110-000 | 85,057.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$140,151.00** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (9/1/2009)

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Stephen G. Balsley | 2100-000 | N/A | 2,850.10 | 2,850.10 | 2,850.10 |
| Stephen G. Balsley | 3110-000 | N/A | 3,275.00 | 3,275.00 | 3,275.00 |
| Kegal Motorcycle Company, Inc. | 3991-000 | N/A | 1,100.00 | 1,100.00 | 1,100.00 |
| Kegal Motorcycle Company, Inc. | 3992-000 | N/A | 75.00 | 75.00 | 75.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 7,300.10 | 7,300.10 | 7,300.10 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Discover Bank | 7100-000 | 8,389.00 | 8,754.49 | 8,754.49 | 1,164.48 |
| Roundup Funding, LLC | 7100-000 | 1,890.00 | 2,260.19 | 2,260.19 | 300.64 |
| PYOD, LLC/Citibank | 7100-000 | N/A | 3,379.93 | 3,379.93 | 449.58 |
| PYOD, LLC/Citibank | 7100-000 | N/A | 7,798.04 | 7,798.04 | 1,037.26 |
| American Express Centurion Bank | 7100-000 | N/A | 633.19 | 633.19 | 84.22 |
| American Express Centurion Bank | 7100-000 | 10,506.00 | 11,271.87 | 11,271.87 | 1,499.33 |
| American Express Bank, FSB | 7100-000 | N/A | 886.01 | 886.01 | 117.85 |
| U.S. Bank , N.A. | 7100-000 | N/A | 7,779.85 | 7,779.85 | 1,034.84 |
| FIA Card Services, N.A./Bank of America/MBNA Bank | 7100-000 | 50,257.00 | 51,135.65 | 51,135.65 | 6,801.80 |
| Chase Bank USA, N.A. | 7100-000 | 2,198.00 | 2,382.20 | 2,382.20 | 316.87 |
| Chase Bank USA, N.A. | 7100-000 | 6,139.00 | 6,731.51 | 6,731.51 | 895.39 |
| 9 HSBC/Bsbuy | 7100-000 | 1,490.00 | N/A | N/A | 0.00 |
| 8 First Usa,Na | 7100-000 | 5,502.00 | N/A | N/A | 0.00 |
| 15 Wfnnb/VICTORIAS SECRET | 7100-000 | 937.00 | N/A | N/A | 0.00 |
| 12 THD/CBSD | 7100-000 | 2,901.00 | N/A | N/A | 0.00 |
| 11 THD/CBSD | 7100-000 | 7,543.00 | N/A | N/A | 0.00 |
| 10 HSBC/Neimn | 7100-000 | 953.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 98,705.00 | 103,012.93 | 103,012.93 | 13,702.26 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 09-71706 | Trustee: | (330410) STEPHEN G. BALSLEY |
| --- | --- | --- | --- |
| Case Name: | BROCKMANN, BART JON | Filed (f) or Converted (c): | 04/28/09 (f) |
| | BROCKMANN, MARCIE | §341(a) Meeting Date: | 06/04/09 |
| Period Ending: | 10/04/10 | Claims Bar Date: | 09/08/09 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- | --- |
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 1316 Scottswood Road, Rockford, IL | 130,200.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account - Alpine Bank (H) | 200.00 | 0.00 | DA | 0.00 | FA |
| 3 | Savings account - Alpine Bank (H) | 120.00 | 0.00 | DA | 0.00 | FA |
| 4 | Savings account - Alpine Bank (J) | 120.00 | 0.00 | DA | 0.00 | FA |
| 5 | Household goods and furnishings | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Books, CD's, tapes/records, family pictures | 200.00 | 0.00 | DA | 0.00 | FA |
| 7 | Clothing | 50.00 | 0.00 | DA | 0.00 | FA |
| 8 | Two guns | 500.00 | 0.00 | DA | 0.00 | FA |
| 9 | Term life insurance | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | Educational IRA for children | 800.00 | 0.00 | DA | 0.00 | FA |
| 11 | Pension with Employer | 43,737.00 | 0.00 | DA | 0.00 | FA |
| 12 | 2008 income tax refund | 446.00 | 0.00 | DA | 0.00 | FA |
| 13 | 2004 Jeep Wrangler | 7,200.00 | 0.00 | DA | 0.00 | FA |
| 14 | 1968 Chevrolet Camaro | 15,000.00 | 10,000.00 | DA | 10,000.00 | FA |
| 15 | 1974 Chevrolet Corvette | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 16 | 2005 Harley Davidson Softail Standard | 11,000.00 | 11,000.00 | DA | 11,000.00 | FA |
| 17 | Family pets | 0.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 2.36 | FA |
| 18 | Assets Totals (Excluding unknown values) | $217,573.00 | $21,000.00 | | $21,002.36 | $0.00 |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):   December 15, 2009    Current Projected Date Of Final Report (TFR):   November 16, 2009 (Actual)

Printed: 10/04/2010 10:44 AM   V.12.52

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 09-71706
**Case Name:** BROCKMANN, BART JON
BROCKMANN, MARCIE
**Taxpayer ID #:** **-***4855
**Period Ending:** 10/04/10

**Trustee:** STEPHEN G. BALSLEY (330410)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****88-65 - Money Market Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 08/12/09 | | Kegal Motorcycle Company, Inc. | Sale of motorcycle | | | 9,825.00 | | 9,825.00 |
| | {16} | | Proceeds from sale of motorcycle | 11,000.00 | 1129-000 | | | 9,825.00 |
| | | | Commission fee to Kegel Motorcycle | -1,100.00 | 3991-000 | | | 9,825.00 |
| | | | Expenses Kegel Motorcycle | -75.00 | 3992-000 | | | 9,825.00 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.24 | | 9,825.24 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.40 | | 9,825.64 |
| 10/30/09 | {14} | Bart Brockmann | Payment for Camaro | | 1129-000 | 10,000.00 | | 19,825.64 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.40 | | 19,826.04 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.79 | | 19,826.83 |
| 12/21/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | | 1270-000 | 0.53 | | 19,827.36 |
| 12/21/09 | | To Account #********8866 | Transfer funds from MMA to checking | | 9999-000 | | 19,827.36 | 0.00 |
| | | | **ACCOUNT TOTALS** | | | 19,827.36 | 19,827.36 | $0.00 |
| | | | Less: Bank Transfers | | | 0.00 | 19,827.36 | |
| | | | **Subtotal** | | | 19,827.36 | 0.00 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | | **$19,827.36** | **$0.00** | |

{} Asset reference(s)

Printed: 10/04/2010 10:44 AM  V.12.52

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 09-71706 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | BROCKMANN, BART JON | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | BROCKMANN, MARCIE | | Account: | ***-*****88-66 - Checking Account |
| Taxpayer ID #: | **-***4855 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 10/04/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/09 | | From Account #********8865 | Transfer funds from MMA to checking | 9999-000 | 19,827.36 | | 19,827.36 |
| 12/21/09 | 101 | Stephen G. Balsley | Dividend paid 100.00% on $3,275.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 3,275.00 | 16,552.36 |
| 12/21/09 | 102 | Stephen G. Balsley | Dividend paid 100.00% on $2,850.10, Trustee Compensation; Reference: | 2100-000 | | 2,850.10 | 13,702.26 |
| 12/21/09 | 103 | Discover Bank | Dividend paid 13.30% on $8,754.49; Claim# 1; Filed: $8,754.49; Reference: 1842 | 7100-000 | | 1,164.48 | 12,537.78 |
| 12/21/09 | 104 | Roundup Funding, LLC | Dividend paid 13.30% on $2,260.19; Claim# 2; Filed: $2,260.19; Reference: 8339 | 7100-000 | | 300.64 | 12,237.14 |
| 12/21/09 | 105 | PYOD, LLC/Citibank | Dividend paid 13.30% on $3,379.93; Claim# 3; Filed: $3,379.93; Reference: 5730 | 7100-000 | | 449.58 | 11,787.56 |
| 12/21/09 | 106 | PYOD, LLC/Citibank | Dividend paid 13.30% on $7,798.04; Claim# 4; Filed: $7,798.04; Reference: 5784 | 7100-000 | | 1,037.26 | 10,750.30 |
| 12/21/09 | 107 | American Express Centurion Bank | Dividend paid 13.30% on $633.19; Claim# 5; Filed: $633.19; Reference: 1002 | 7100-000 | | 84.22 | 10,666.08 |
| 12/21/09 | 108 | American Express Centurion Bank | Dividend paid 13.30% on $11,271.87; Claim# 6; Filed: $11,271.87; Reference: 2006 | 7100-000 | | 1,499.33 | 9,166.75 |
| 12/21/09 | 109 | American Express Bank, FSB | Dividend paid 13.30% on $886.01; Claim# 7; Filed: $886.01; Reference: 2007 | 7100-000 | | 117.85 | 9,048.90 |
| 12/21/09 | 110 | U.S. Bank, N.A. | Dividend paid 13.30% on $7,779.85; Claim# 8; Filed: $7,779.85; Reference: 5382 | 7100-000 | | 1,034.84 | 8,014.06 |
| 12/21/09 | 111 | FIA Card Services, N.A./Bank of America/MBNA Bank | Dividend paid 13.30% on $51,135.65; Claim# 9; Filed: $51,135.65; Reference: 6271 | 7100-000 | | 6,801.80 | 1,212.26 |
| 12/21/09 | 112 | Chase Bank USA, N.A. | Dividend paid 13.30% on $2,382.20; Claim# 10; Filed: $2,382.20; Reference: 9316 | 7100-000 | | 316.87 | 895.39 |
| 12/21/09 | 113 | Chase Bank USA, N.A. | Dividend paid 13.30% on $6,731.51; Claim# 11; Filed: $6,731.51; Reference: 6372 | 7100-000 | | 895.39 | 0.00 |
| | | | ACCOUNT TOTALS | | 19,827.36 | 19,827.36 | $0.00 |
| | | | Less: Bank Transfers | | 19,827.36 | 0.00 | |
| | | | Subtotal | | 0.00 | 19,827.36 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $19,827.36 | |

{} Asset reference(s)

Printed: 10/04/2010 10:44 AM   V.12.52

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 09-71706 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | BROCKMANN, BART JON | | Bank Name: | The Bank of New York Mellon |
| | BROCKMANN, MARCIE | | Account: | 9200-******88-66 - Checking Account |
| Taxpayer ID #: | **-***4855 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 10/04/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****88-65 | 19,827.36 | 0.00 | 0.00 |
| Checking # ***-*****88-66 | 0.00 | 19,827.36 | 0.00 |
| Checking # 9200-******88-66 | 0.00 | 0.00 | 0.00 |
| | $19,827.36 | $19,827.36 | $0.00 |

{} Asset reference(s)  Printed: 10/04/2010 10:44 AM V.12.52